FILED

JUN 1 4 2021

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ 34 _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 3:13-cr-01076-BEN |
|---|---|
| Plaintiff, | **ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND COMPASSIONATE RELEASE** |
| v. | |
| NARADA TURAIL CADE, | |
| Defendant. | **[ECF Nos. 69, 71, 73, 77, 78, and 79]** |

*Pro se*, Movant Narada Turail Cade filed Motions for Appointment of Counsel and Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF Nos. 69, 71, 73, 77, 78, and 79. The Motions were referred to Federal Defenders pursuant to General Order 692-B. ECF No. 74. On May 27, 2021, Federal Defenders filed a Status Report and did not request appointment on Movant's behalf. *See* ECF No. 86.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, 993 F.3d 797, 801-02 (9th Cir. 2021).

1

1    While Movant argues he has served almost 90 months of his 135-month sentence,

2  he does not articulate any extraordinary or compelling reasons justifying compassionate

3  release. *See* 18 U.S.C. § 3582(c)(1)(A).  Examining the pleadings, the Court concludes

4  no extraordinary or compelling factors are present here.  Moreover, Movant was

5  convicted of violating 18 U.S.C. § 1951(a) and (b), Sex Trafficking of Children. *See*

6  ECF No. 35.  His early release would pose a danger to the community. *See* 18 U.S.C. §

7  3553(a)(2)(C).  Accordingly, the motions are **DENIED** without prejudice.

8    **IT IS SO ORDERED.**

9  Date: June /7, 2021

10                    HON. ROGER T. BENITEZ

                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2